**Order entered April 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01201-CR

### GERRICK ANTHONY HAWTHORNE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-52867-Y**

## ORDER

Before the Court is appellant's April 2, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief filed on or before May 4, 2020.

/s/    BILL PEDERSEN, III
           JUSTICE